# Exhibit A

| | |
|---|---|
| **From:** | Fodeman, Morris |
| **Sent:** | Wednesday, June 11, 2014 5:12 PM |
| **To:** | Buford, Turner; erin.argo@usdoj.gov; Campos, William (USANYE) |
| **Cc:** | Grealis, Catherine |
| **Subject:** | U.S. v. Ahmed |

Turner, Will, Erin,

As you know, we have been appointed to represent Dr. Ahmed pursuant to the Criminal Justice Act.  As you also know, Dr. Ahmed is detained at the MDC.  To communicate with Mr. Ahmed, we use the BOP email system – Corrlinks.  Obviously, this is a much more efficient way for us to communicate with Dr. Ahmed about his case day-to-day than traveling to the MDC to visit him in person.  Please let me know if you, any agent or other member of the prosecution team intend to review my attorney-client communications with Dr. Ahmed over that system.  If you do, we may take the issue up with Judge Irizzary.

Thanks,

Moe

_____
Morris J. Fodeman ▪ Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor ▪ New York, NY 10019
Phone | 212.497.7704 ▪ Fax | 212.999.5899 ▪ Mobile | 646.208.4387
mfodeman@wsgr.com

1