|  |  |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

**Greg D. Andres**

Davis Polk & Wardwell LLP  212 450 4724 tel
450 Lexington Avenue  212 701 5724 fax
New York, NY 10017  greg.andres@davispolk.com

July 26, 2017

Re:   *United States of America v. Syed Imran Ahmed*, No. 14 CR 277 (DLI)

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Irizarry:

Davis Polk & Wardwell LLP, along with Wilson Sonsini Goodrich & Rosati PC, represents defendant Syed Imran Ahmed in the above-referenced action.  As of approximately August 2017, I will no longer be associated with the law firm of Davis Polk & Wardwell and thus will no longer serve as counsel.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.  Sarah Breslow of Davis Polk & Wardwell and Moe Fodeman and Catherine Grealis of Wilson Sonsini Goodrich & Rosati will continue to represent Dr. Ahmed in this action.

Respectfully submitted,

/s/ Greg D. Andres
_____
Greg D. Andres

SO ORDERED        DATE:_____


_____
U.S.D.J.

cc:   Moe Fodeman (via ECF / email)
      Catherine Grealis (via ECF / email)
      F. Turner Buford (via ECF / email)
      Patricia E. Notopoulos (via ECF / email)
      Debra Jaroslawicz (via ECF / email)
      Karin K. Orenstein (via ECF / email)